# IN THE UNITED STATES DISTRICT COURT
# NORTH DISTRICT OF ILLINOIS

| | |
|---|---|
| HAROLD DAVIS, individually, residing in Chicago, | Case No.: 09 CV 3381 |
| Plaintiff, | AGREED VOLUNTARY DISMISSAL |
| vs. | Judge Samuel Der-Yeghiayan |
| CLEAR CHANNEL COMMUNICATIONS, a Texas corporation doing business in Chicago; WVON 1690 AM aka MIDWAY BROADCASTING CORPORATION, a Delaware corporation doing business in Chicago; and CHARLES BUTLER AND JANE DOE BUTLER, and their marital community, residing in Chicago, | Magistrate Judge Susan E. Cox |
| Defendants. | |

Now comes the Plaintiff Harold Davis by and through his attorney Phillip Aaron and informs the Court that:

1. Plaintiff Harold Davis is hereby dismissing the above-mentioned case without prejudice.

2. That the parties voluntarily agree that the above action be dismissed without prejudice.

Dated this 24th day of July, 2009.

AGREED VOLUNTARY DISMISSAL – Page 1

Phillip Aaron, Attorney at law
WSBA #6494 – Federal Bar #6454
4020 E Madison St, St. 200
Seattle, WA 98112
206 323 4456

Presented by:

1

2   _____                    _____
    Phillip Aaron, WSBA #: 6464, Federal Bar #: 6464   Terry Overton, ISBA No. 043455
3   Attorney for Plaintiff, Harold Davis         Attorney for Plaintiff, Harold Davis
    4020 East Madison, Suite 200                 6443 S. Lowe Avenue
4   Seattle, WA 98112                            Chicago, Illinois 60621
5   Tel:  206.323.4466                           Tel:  312.220.3770
    Fax:  206.860.0564                           Email: terryoverton64@yahoo.com
6   Email: paaron4020@earthlink.net

7

8   ~~[scribbled out]~~

9   James D. Montgomery, Jr.
10  Cochran, Cherry, Givan, Smith & Montgomery, LLC
    Attorney for Defendants: Clear Channel Communications;
11  WVON 1690 aka Midway Broadcasting Corporation; and
    Charles Butler
12  One North LaSalle Street, Ste. 2450
13  Chicago, Illinois 60602
    Tel: 312.977.0200
14  Fax 312.977.0209

15

16

17

18

19

20

21

22

23

24

25

26

AGREED VOLUNTARY DISMISSAL – Page 2

Phillip Aaron, Attorney at law
WSBA #6464 – Federal Bar #6464
4020 E Madison St., St. 200
Seattle, WA 98112
206 323 4466